**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    vs.<br><br>JOSE LUIS GARCIA-MORALES,<br><br>                    Defendant. | CASE NO. 15-cr-01195-MMA<br><br><br>**JUDGMENT OF DISMISSAL** |

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___  the Court has dismissed the case for unnecessary delay; or

___  the Court has granted the motion of the Government for dismissal, without prejudice; or

___  the Court has granted the motion of the defendant for a judgment of acquittal; or

___  a jury has been waived, and the Court has found the defendant not guilty; or

___  the jury has returned its verdict, finding the defendant not guilty;

_X_  of the offense(s) as charged in the Indictment/Information:

8:1326(a)(b)-Attempted Reentry of Removed Alien(1)18:1546(a)-Fraud & Misuse of Visas,Permits & Other Documents(2);18:1028A-Aggravated Identity Theft(3)

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 6/9/15

Jan M. Adler
U.S. Magistrate Judge

FILED
JUN 0 9 2015
CLERK U S DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                            DEPUTY